**Thomas BERKELBAUGH, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS & Pennsylvania Board of Probation & Parole, Appellees.**

Supreme Court of Pennsylvania.

Feb. 9, 2001.

***ORDER***

PER CURIAM:

**AND NOW,** this 9th day of February, 2001, probable jurisdiction is noted and the order appealed is affirmed.